IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>MARISSA LYNN DEDRICK,<br><br>                          Debtor(s). | CASE NO. BK22-40277-TLS<br><br>CHAPTER 7<br><br>ADV. NO. A22-4014-TLS |
| PHILIP KELLY, Chapter 7 Trustee,<br><br>                          Plaintiff(s)<br>vs.<br><br>VALDA McDONALD,<br><br>                          Defendants(s). | **JUDGMENT** |

This matter is before the court on the plaintiff's complaint (Fil. #1) to avoid and set aside a transfer pursuant to 11 U.S.C. § 547(b). Trial was held by video conference in Lincoln, Nebraska, on January 25, 2023. Philip Kelly, the Chapter 7 Trustee, appeared as the plaintiff, and David Kyker appeared for the defendant, Valda McDonald. Testimony was taken, exhibits were offered and received, and written closing arguments were submitted.

IT IS ORDERED: For the reasons stated in the Order of today's date, judgment is hereby entered in favor of the plaintiff and against the defendant. The transfer by the debtor of $6,650.00 to the defendant is avoided pursuant to 11 U.S.C. § 547(b), and the defendant is ordered to return that amount to the plaintiff pursuant to 11 U.S.C. § 550.

DATED: February 23, 2023.

                                                          BY THE COURT:

                                                          /s/Thomas L. Saladino
                                                          Chief Judge

Notice given by the court to:
    * Philip Kelly
    David Kyker
    United States Trustee

*Movant is responsible for giving notice to other parties if required by rule or statute.